| | | |
|---|---|---|
| FREDRICK DAVIS<br>TRISHTIAN CLAYTON<br>694 MONTEREY ROAD<br>PEARL, MS 39208 | CRESCENT BANK<br>P.O. BOX 61813<br>NEW ORLEANS, LA 70161 | MOBILE MEDIC AMB SER<br>P.O. BOX 198408<br>ATLANTA, GA 30384-8408 |
| MICHAEL G. POND<br>POND LAW FIRM<br>1650 LELIA DRIVE<br>SUITE 101<br>JACKSON, MS 39216 | DAVIS PODIATRY<br>P.O. BOX 23757<br>JACKSON, MS 39225 | MS EMERGENCY PHYS.<br>P.O. BOX 975213<br>DALLAS, TX 75397 |
| ADVANCE AMERICA<br>1400 ELLIS AVENUE<br>JACKSON, MS 39204 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256 | MS RETINA ASSOCIATES<br>P.O. BOX 12401<br>JACKSON, MS 39236 |
| ADVANCED RECOVERY SYST<br>219 KATHERINE DR<br>FLOWOOD, MS 39232 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | NATIONAL AUTO CREDIT I<br>PO BOX 61813<br>NEW ORLEANS, LA 70161 |
| AMERICAN CREDIT ACCEPT<br>961 E MAIN ST<br>SPARTANBURG, SC 29302 | GREAT LAKES<br>DEPT. OF EDUCATION<br>P.O. BOX 7860<br>MADISON, WI 53707 | PATIENTACCSV<br>PO BOX 19322<br>MIAMI, FL 33101 |
| ARS<br>P.O. BOX 321472<br>FLOWOOD, MS 39232 | GREAT LAKES C/O US ATT<br>501 E COURT STREET<br>SUITE 4.430<br>JACKSON, MS 39201 | PENN CREDIT<br>916 S 14TH STREET<br>P.O. BOX 988<br>HARRISBURG, PA 17108-09 |
| BRENT STAMPS<br>P O BOX 2387<br>NORCROSS, GA 30091 | HORIZON BILLING<br>P O BOX 320339<br>FLOWOOD, MS 39232 | QC FINANCIAL SERVICES<br>QUIK CASH<br>933 ELLIS AVENUE<br>JACKSON, MS 39209 |
| CAPITAL ONE<br>NW & ASSOCIATES<br>P.O. BOX 1299<br>HAVERHILL, MA 01831-1799 | JACKSON HEART CLINIC<br>P O BOX 5169<br>JACKSON, MS 39296-5169 | SHELTON BENJ<br>350 ARBOR DRIVE<br>RIDGELAND, MS 39157 |
| COMCAST CABLE<br>P.O BOX 105184<br>ATLANTA, GA 30348-5184 | MEDICAL FOUNDATION<br>C/O BAPTIST MEDICAL<br>P O BOX 23848<br>JACKSON, MS 39225 | SMITH ROUCHN<br>1456 ELLIS AVE<br>JACKSON, MS 39204 |

Davis, Fredrick and Trishtian - - Pg. 2 of 2

```
UNIVERSITY MED CENTER
P.O. BOX 3349
JACKSON, MS 39207-3349


USCB CORP
P.O. BOX 75
ARCHBALD, PA 18403


VOLUNTARY BENEFIT SOLU
P.O. BOX 7937
LAKE FOREST, IL 60045-7937
```